UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to: *Andrew Cunningham v. Cook Group, et al.*; Individual Case No. 1:18-cv-1154-RLY-TAB | |

### NOTICE OF APPEARANCE OF COUNSEL, DAVID M. GRIMES

To:    The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court pursuant to the Second Amended Order Establishing Policies and Procedures in MDL No. 2570 (No. 1:14-ml-02570-RLY-TAB, Dkt. No. 13122, at 1) (waiving *pro hac vice* requirement for MDL cases).

I appear in this case as counsel for Plaintiff Andrew Cunningham; Individual Case No. 1:18-cv-1154-RLY-TAB.

Dated: July 30, 2024                              Respectfully submitted,

                                                  LEVIN SIMES LLP

                                                  By: _____

                                                  David M. Grimes
                                                  LEVIN SIMES LLP
                                                  1700 Montgomery Street, Suite 250
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 426-3000
                                                  Fax:         (415) 426-3001
                                                  Email:       dgrimes@levinsimes.com

                                                  *Counsel for Plaintiff Andrew Cunningham*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

By: */s/ David M. Grimes*
     David M. Grimes