## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Andrew Cunningham v. Cook Group, et al.*;
Individual Case No. 1:18-cv-1154-RLY-TAB

### NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Andrew Cunningham, who died on or about December 21, 2023.

Dated: November 6, 2025

Respectfully submitted,

LEVIN SIMES LLP

By: _____

David M. Grimes
LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Fax:         (415) 426-3001
Email:      dgrimes@levinsimes.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David M. Grimes*
David M. Grimes
